No. 130, Misc. SPANGLER *v.* DAILY, JUDGE, MARION CRIMINAL COURT. Supreme Court of Indiana. Certiorari denied.

No. 135, Misc. McCOY *v.* PEPERSACK, WARDEN. Court of Appeals of Maryland. Certiorari denied. Petitioner *pro se. C. Ferdinand Sybert,* Attorney General of Maryland, *Stedman Prescott, Jr.,* Deputy Attorney General, and *James H. Norris, Jr.,* Special Assistant Attorney General, for respondent.

No. 137, Misc. TRIGG *v.* INDIANA. Supreme Court of Indiana. Certiorari denied.

No. 138, Misc. McDANIEL ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 140, Misc. CHALUPOWITZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 142, Misc. PERSON *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 153, Misc. TAHTINEN *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.